# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA PEREZ,<br><br>           Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No. 1:23-cv-01662-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 12) |

On February 14, 2024, Plaintiff submitted a stipulated motion for a thirty-day extension of time to file Plaintiff's motion for summary judgment, extending the deadline from February 26, 2024, to March 27, 2024. (ECF No. 12.) This is Plaintiff's first request for an extension of time. The Court finds good cause exists to grant the extension.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to modify the schedule (ECF No. 12) is GRANTED;

2. Plaintiff shall have until **March 27, 2024**, to file the motion for summary judgment; and

///

///

///

///

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **February 14, 2024**

_____
UNITED STATES MAGISTRATE JUDGE