1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA PEREZ, | Case No. 1:23-cv-01662-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 16) |
| Defendant. | |

Sonia Perez ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act.  (ECF No. 1.)  On April 22, 2024, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g) for further administrative proceedings.  (ECF No. 16.)  The parties stipulate that on remand, the Commissioner will further develop the record as necessary and issue a new decision.  (Id.)  The parties request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.  (Id.)  The Court finds good cause to grant the parties' stipulated request.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1.      The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;

2.      Judgment is entered in favor of Plaintiff Sonia Perez and against Defendant Commissioner of Social Security; and

3.      The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **April 22, 2024**

UNITED STATES MAGISTRATE JUDGE